IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:19-cv-25-FL

| Robert McGuire, | |
|---|---|
| **Plaintiff,** | |
| v. | **Order** |
| LORD Corporation, | |
| **Defendant.** | |

THIS MATTER is before the Court on Plaintiff's Motion for leave to Amend his Complaint. Having considered such Motion, it is hereby granted.

IT IS HEREBY ORDERED that Plaintiff's proposed Amended Complaint shall be docketed by the clerk and shall be deemed served on the date it is entered on the docket.

This, the _____ day of _____, 2019,

_____
The Honorable Louise W. Flanagan