IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Civil Action No. 5:19-cv-25-FL

| | |
|---|---|
| Robert McGuire, <br><br> Plaintiff, <br><br> v. <br><br> LORD Corporation, <br><br> Defendant. | **Order Granting Plaintiff's** <br> **Consent Motion for Extension of Time** |

THIS MATTER is before the Court on Plaintiff's "Consent Motion for Extension of Time." For the reasons set forth therein, the Motion is hereby GRANTED.

IT IS HEREBY ORDERED that Plaintiff Robert McGuire shall have an extension of time, up to and including November 4, 2019, in which to file a Motion for Leave to Amend his Complaint, along with the accompanying Memorandum in Support of the Motion and Proposed Amended Complaint.

This, the 24th day of October, 2019,

_____
The Honorable Louise W. Flanagan
United States District Judge