UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ROBERT McGUIRE ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:19-CV-25-FL |
| LORD CORPORATION ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 27, 2020, and for the reasons set forth more specifically, defendant's motion to dismiss is GRANTED. Plaintiff's complaint is DISMISSED with prejudice.

**This Judgment Filed and Entered on April 27, 2020, and Copies To:**
Elizabeth Vennum (via CM/ECF Notice of Electronic Filing)
Tory Ian Summey / Maureen M. Zyglis / Patricia T. Bartis (via CM/ECF Notice of Electronic Filing)

April 27, 2020  PETER A. MOORE, JR., CLERK

  /s/ Sandra K. Collins
  (By) Sandra K. Collins, Deputy Clerk